Timothy F. Fatone (SBN 215976)
lemonlawattorney@aol.com
**LAW OFFICES OF TIMOTHY F. FATONE**
333 City Blvd. West, Floor 17
Orange, CA  92868
(562) 286-6525 – telephone
(562) 286-6526 – fax

Jim O. Whitworth (SBN 222031)
jim@lemoncarhelp.com
**LAW OFFICES OF JIM O. WHITWORTH**
7171 Warner Avenue, Suite B-134
Huntington Beach, CA  92647
(714) 841-0585 – telephone
(714) 845-9950 – fax

Attorneys for Plaintiff,
**DEBRA SCHAUER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SCHAUER,<br><br>  Plaintiff,<br><br>  v.<br><br>BMW OF NORTH AMERICA, LLC; RIVERSIDE BMW; AND DOES 1-20<br><br>  Defendants. | Case No. 2:23-cv-7032<br>[County of Riverside Case No. CVRI2204776]<br><br>Complaint filed: November 1, 2022<br><br>**ASSOCIATION OF COUNSEL** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

Please take notice attorney Jim O. Whitworth of the firm LAW OFFICES OF JIM O. WHITWORTH has been associated as co-counsel for Plaintiff, DEBRA SCHAUER.  Please serve all pleadings and other documents on co-counsel at the following address:

1    Jim O. Whitworth (SBN 222031)
2    jim@lemoncarhelp.com
3    LAW OFFICES OF JIM O. WHITWORTH
4    7171 Warner Avenue, Suite B-134
5    Huntington Beach, CA  92647
6    (714) 841-0585 - telephone
7    (714) 845-9950 - fax
8    Please add co-counsel of record to your appropriate proofs of service in this
9    matter.

                        Respectfully submitted,

DATED:  September 13, 2023      LAW OFFICES OF TIMOTHY F. FATONE

                                     By:   /s/ Timothy F. Fatone
                                             TIMOTHY F. FATONE
                                             Attorneys for Plaintiff, DEBRA SCHAUER

The Law Offices of Jim O. Whitworth hereby accepts this association.

DATED:  September 13, 2023      LAW OFFICES OF JIM O. WHITWORTH

                                     By:   /s/ Jim O. Whitworth
                                             JIM O. WHITWORTH
                                             Attorneys for Plaintiff, DEBRA SCHAUER

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 13th day of September 2023 and is available for viewing and downloading to the ECF registered counsel of record:

<u>Via Electronic Service/ECF</u>:

| | |
|---|---|
| Abtin Amir, Esq.<br>Ivana Bolcheva Saddigh, Esq.<br>Madeleine Messinger, Esq.<br>Michael Baker, Esq.<br>**THE LAW OFFICE OF ABTIN AMIR, PC**<br>4500 Park Granada, Suite 202<br>Calabasas, CA  91302<br>Telephone:  (818) 336-1324<br>Facsimile:<br>Email: A.Amir@AbtinAmirLaw.com<br>I.Saddigh@AbtinAmirLaw.com<br>M.Messinger@AbtinAmirLaw.com<br>M.Baker@AbtinAmirLaw.com | Attorneys for Defendants, BMW OF NORTH AMERICA, LLC and RIVERSIDE BMW |

DATED:  September 13, 2023       LAW OFFICES OF JIM O. WHITWORTH

By:   /s/ Jim O. Whitworth
        JIM O. WHITWORTH
        Attorneys for Plaintiff, DEBRA SCHAUER