JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA SCHAUER,<br><br>   Plaintiff,<br><br>   v.<br><br>BMW OF NORTH AMERICA, LLC; and DOES 1-10,<br><br>   Defendants. | Case No.:   5:23-cv-01742-JFW-KSx<br><br>**ORDER ON JOINT STIPULATION** |

Based on the Joint Stipulation of the parties, and good cause appearing therefor, **IT IS ORDERED** that this matter is remanded to Riverside Superior Court State of California for all future proceedings.

   **IT IS SO ORDERED**.

DATED:   September 21, 2023

_____
Honorable John F. Walter

- 1 -

5:23-cv-01742